IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAWRENCE BOYLE and GERALD BOYLE,**<br>**Plaintiffs,**<br><br>v.<br><br>**CITY OF PHILADELPHIA, its Officials, Agents, Employees and Assigns,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br>**NO. 17-262** |

# O R D E R

**AND NOW**, this 4th day of August, 2020, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (Document No. 25, filed May 24, 2019), Memorandum of Law in Opposition to the Motion for Summary Judgment of Defendant (Document No. 27, filed June 29, 2019), and Defendant's Reply to Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment, for the reasons stated in the accompanying Memorandum dated August 4, 2020, **IT IS ORDERED** that Defendant City of Philadelphia's Motion for Summary Judgment is **GRANTED**. **JUDGMENT IS ENTERED** in **FAVOR** of defendant, City of Philadelphia, and **AGAINST** plaintiffs, Lawrence Boyle and Gerald Boyle.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.